cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07MJ2740- AJB-02 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MARISOL VALENZUELA VALDEZ | ) | |
| Defendants. | ) | |

A. **Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C.§3142(f) of the Bail Reform Act, the Court orders the above named defendant detained pursuant to 18 U.S.C. §3142(e) and (i).

B. **Statement of Reasons For the Detention**

The Court orders the defendant's detention because it finds:

   __X__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

   _____    By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. **Findings of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

1

1   __X__ (1) Nature and circumstances of the offense charged:

2      __X__ (a) The crime: __Importation of a controlled substance__

3      is a serious crime and carries a maximum penalty of __Life__

4      _____ (b) The offense is a crime of violence.

5      __X__ (c) The offense involves a narcotic drug.

6      __X__ (d) The offense involves a large amount of controlled substances, to wit:

7      __11.49 Kg  Cocaine__

8 __X__ (2) The weight of the evidence against the defendant is high but is the least significant

9      factor.

10 __X__ (3) The history and characteristics of the defendant including:

11   __X__ (a) General Factors:

12      _____ The defendant appears to have a mental condition which may

13      affect whether the defendant will appear.

14      __X__ The defendant has limited family ties in the area.

15      _____ The defendant has no steady employment.

16      __X__ The defendant has no substantial financial resources or bond

17      proposals.

18      _____ The defendant is not a long time resident of the community.

19      _____ The defendant does not have any significant community ties.

20      _____ Past conduct of the defendant: _____

21

22

23      _____ The defendant has a history relating to drug abuse.

24      _____ The defendant has a history relating to alcohol abuse.

25      _____ The defendant has a significant prior criminal record.

26      _____ The defendant has a prior record of failure to appear at court

27      proceedings.

28

|     |     |     |
| --- | --- | --- |
| 1   | _____ | The defendant has a prior record of probation, parole or supervised |
| 2   |     | release violations and/or revocations. |
| 3   | _____ | (b) At the time of the current arrest, the defendant was on: |
| 4   |     | _____ Probation |
| 5   |     | _____ Parole |
| 6   |     | _____ Release pending trial, sentence, appeal or completion of sentence. |
| 7   | \_\_X\_\_ | (c) Other Factors: |
| 8   |     | _____ The defendant is an illegal alien and is subject to deportation. |
| 9   |     | \_\_X\_\_ The defendant is a legal alien and will be subject to deportation if |
| 10  |     | convicted. |
| 11  |     | _____ Other:_____ |
| 12  |     | _____ |
| 13  |     | _____ |
| 14  | _____ | (4) The nature and seriousness of the danger posed by the defendant's release are |
| 15  |     | as follows:_____ |
| 16  |     | _____ |
| 17  | \_\_X\_\_ | (5) Rebuttable Presumptions |
| 18  |     | In determining that the defendant should be detained, the Court also relied on the |
| 19  |     | following rebuttable presumptions(s) contained in 18 U.S.C. §3142(e) which the |
| 20  |     | Court finds the defendant has not rebutted. |
| 21  | \_\_X\_\_ | (a)  That no condition or combination of conditions will reasonably assure |
| 22  |     | the appearance of the defendant as required and the safety of any other |
| 23  |     | person and the community because the Court finds that the crime involves: |
| 24  |     | _____ (A) A crime of violence; or |
| 25  |     | _____ (B) An offense for which the maximum penalty is life imprison- |
| 26  |     | ment or death; or |
| 27  |     | \_\_X\_\_ (C) A controlled substance violation which has a maximum pen- |
| 28  |     | alty of 10 years or more; or, |

3

     (D) A felony after the defendant had been convicted of two or more prior offenses described in (A) through (C) above, and the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above which is less than five years old and which was committed while the defendant was on pretrial release.

  (b)  That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

    (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

    (B) That the defendant has committed an offense under 18 U.S.C. §924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. **Additional Directives**

IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with his counsel.

While in custody, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

IT IS SO ORDERED.
DATED:  December 3, 2007

                Hon. Anthony J. Battaglia
                U.S. Magistrate Judge
                United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28