1  Christian De Olivas
2  CalBarNo. 249608
   De Olivas Law Firm, APLC
3  200 N. Bradford Ave., Suite L
   Placentia, CA 92870
4  Telephone: (714) 646-3314
   Facsimile:   (714) 646-3721
5
6
7


FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   Case No: 307-mj-02740-AJB 2
                                    )
10         Plaintiff,                )   **SUBSTITUTION OF ATTORNEY**
                                    )
11    vs.                            )
                                    )
12  Marisol Valenzuela Valdez       )
                                    )
13         Defendant                )
                                    )
14                                   )
                                    )
15                                   )

16  ____MARISOL VALENZUELA-VALDEZ____ hereby substitutes
17  attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at
18  200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number,
19  (714) 646-3314, as attorney of record in place and stead of attorney,
20  ____GERALD T MCFADDEN____.

21
22  X DATED: 12-23-07         X _____
23                                          DEFENDANT
                              Marisol Valdez V.
24
25      I consent to the above substitution.
26
27  DATED: 12/27/07           _____
28                                     PRESENT ATTORNEY

                                        1    307-mj-02740-AJB-2

1  //

2  I am duly admitted to practice in this district.

3  I accept the above substitution.

4

5  DATED: 12-27-07  _____

6  NEW ATTORNEY

7

8  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.

10

11  DATED:                    APPROVED: _____

12  12/27/07

13  UNITED STATES DISTRICT COURT MAGISTRATE